UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-121-1FL(3)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| ) | |
| ALEXANDER CHARLES PRIDGEN ) | |

The Acting United States Attorney Charges That:

## COUNT ONE

On or about January 9, 2021, in the Eastern District of North Carolina, the defendant, ALEXANDER CHARLES PRIDGEN, knowing he was then under indictment for a crime punishable by imprisonment for a term exceeding one year did willfully receive a firearm, to wit, a Glock Model 43, 9mm pistol, said firearm having been shipped and transported in interstate commerce,

All in violation of Title 18, United States Code, Sections 922(n) and 924.

1

## COUNT TWO

On or about May 31, 2020, in the Eastern District of North Carolina, the defendant, ALEXANDER CHARLES PRIDGEN, willfully and by means of throwing a brick or brick-like object through an exterior window, did injure and commit a willful depredation against property of the United States and of any department or agency thereof, to wit: the United States Bankruptcy Court for the Eastern District of North Carolina located at 150 Reade Circle, Greenville, North Carolina, property which had been manufactured and constructed for the United States, and any department or agency thereof, specifically an exterior window of the bankruptcy courthouse,

All in violation of Title 18, United States Code, Section 1361.

G. NORMAN ACKER, III
Acting United States Attorney

*[signature: Evan Rikhye]*

BY: EVAN RIKHYE
Assistant United States Attorney